Brette L. Evans (sbn177042)
Evans Law Offices
255 N. Market St., Suite 110
San Jose, California 95110
TEL: (408) 298-8910
FAX: (408) 298-8911
*Attorneys for Debtor(s)*

The following constitutes
the order of the court. Signed February 5, 2016

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

In re:

VERONICA LOPEZ,

        Debtor.

VERONICA LOPEZ

        Plaintiff,

vs.

SEAN FLOOD, an individual,

        Defendant.

Case No.: 14-53428 SLJ
AP Case No.: 15-05117
Chapter 13

**ORDER GRANTING PLAINTIFF'S REQUEST FOR A DEFAULT JUDGMENT**

DATE: February 2, 2016
TIME: 1:30 P.M.
PLACE: 280 S. First St., San Jose, CA
        Courtroom 3099

Hon. Stephen L. Johnson

The Court for reasons stated on the record on February 2, 2016 hereby grants Plaintiff Veronica Lopez's request for entry of a default judgment. The debt owing to Defendant Sean Flood will be discharged upon Plaintiff's completion of her Chapter 13 Plan, and entry of the discharge therein. The debt owing to Defendant is dischargeable under Bankruptcy Code Section 1328(a), and is not dischargeable under a hardship discharge of Bankruptcy Code Section 1328(b).

IT IS SO ORDERED.

                      \*\* End of Order \*\*

1

**COURT SERVICE LIST**
**All parties entitled to service shall receive electronically or by Debtor's Counsel**